**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 10-cv-02653-WYD-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** February 16, 2011 | **Courtroom Deputy:** Linda Kahoe |

MASON L. RAMSEY,  *Pro se*
JUDITH MAE NEVILLE,  *No appearance*

    Plaintiffs,

v.

CITIBANK N.A.,  Kevin R. Dehring
CITIMORTGAGE,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:** **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** **9:11 a.m.**
Court calls case. Appearance of counsel. *Mr. Ramsey appears pro se. No appearance for Ms. Neville.*

The court advises Mr. Ramsey that he cannot represent, or speak on behalf of, Ms. Neville.

Discussion regarding the Motion to Dismiss, doc #[15]; Defendants Specialized Loan Servicing LLC, Mortgage Electronic Registration Systems Inc. And Arch Bay Holdings LLC's Motion to Dismiss, doc #[16]; and Defendant CitiMortgage, Inc.'s Motion to Dismiss, doc #[20].

Discussion regarding the First Amended Verified Complaint, doc #[30], filed 1/21/2011.

**ORDERED:**    The First Amended Verified Complaint, doc #[30], is **ACCEPTED FOR FILING.**

    The Motion to Dismiss, doc #[15], is **DENIED AS MOOT**.

    Defendants Specialized Loan Servicing LLC, Mortgage Electronic Registration Systems Inc. And Arch Bay Holdings LLC's Motion to Dismiss, doc #[16], is **DENIED AS MOOT**.

    Defendant CitiMortgage, Inc.'s Motion to Dismiss, doc #[20], is **DENIED AS MOOT**.

    The Joint Motion to Strike Docket Entries 23, 24, and 25, doc #[27], is **DENIED.**

> Plaintiffs shall file a Response to Defendants CitiBank, N.A.'s and CitiMortgage, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint, doc #[32], **ON OR BEFORE MARCH 18, 2011.**

The court states it will review Plaintiffs' Responses and the next step will be to schedule a Preliminary Scheduling Conference.

HEARING CONCLUDED.

**Court in recess:** 10:00 a.m.
Total time in court: 00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.