IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02653-WYD-CBS

MASON L. RAMSEY, a/k/a Mason L. Ramsey; and
JUDITH MAE NEVILLE, a/k/a Judith Mae Neville,

      Plaintiffs,

v.

CITIBANK, N.A.,
CITIMORTGAGE, and
DOES 1-10,

      Defendants.

## ORDER TO CURE DEFICIENCY

Daniel, Chief Judge

      Plaintiffs submitted a Notice of Appeal on December 28, 2011.  The court has determined that the document is deficient as described in this order.  Plaintiffs will be directed to cure the following if they wish to pursue this appeal.

**(A)** **Filing Fee**

    _X_    is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

    _X_    is not submitted

    ___    is not on proper form (must use the court's current form)

    ___    is missing original signature by plaintiff/petitioner on motion

    ____    is missing affidavit

    ____    affidavit is incomplete

    ____    is missing original signature by plaintiff/petitioner on affidavit

    ____    affidavit is not notarized or is not properly notarized

    ____    other_____

Accordingly, it is

ORDERED that Plaintiff's cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff's file in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff's, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff's fail to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated:  December 30, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge